■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT MCLAURIN, Appellant. [859 NYS2d 890]—Judgment, Supreme Court, New York County (Renee A. White, J.), rendered on or about March 14, 2006, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Williams and Renwick, JJ.